IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              Chapter 13

Gregory  Sanders                                    No.  07-06922

                Debtor                   Hon.  Susan Pierson Sonderby

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

      Select Portfolio Servicing, Inc., files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

As of the date of filing this Response, Debtor remains due for:

the 12/1/2007 to 10/1/2009 post petition mortgage payments in the amount of $12,014.10 plus late charges plus mortgage payments and late charges and any additional advances which accrue after the date hereof.

      The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

      To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

                                                    Submitted by:

                                                           /s/ Susan J. Notarius
                                              Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679